# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHAWN H. HUMES, for himself and all Arkansas
residents similarly situated                                              PLAINTIFF

v.                          No. 3:14-cv-230-DPM

LVNV FUNDING, LLC                                                         DEFENDANT

## JUDGMENT

Humes's unjust enrichment claim, and any pleaded claim to recover damages (restitutionary or otherwise) from LVNV, is dismissed with prejudice. What remains of the case is remanded to the Circuit Court of Lawrence County for adjudication on the merits.

_____
D.P. Marshall Jr.
United States District Judge

31 December 2014